[L. A. No. 12832. In Bank.—April 3, 1933.]

F. W. MATTHIESSEN et al., Appellants, v. MONTECITO COUNTY WATER DISTRICT (a County Water District), Respondent.

James F. Peck, Charles F. Blackstock and Elizabeth M. Maxwell for Appellants.

William P. Hubbard, as *Amicus Curiae* on Behalf of Appellants.

J. F. Goux, City Attorney, Heaney, Price & Postel and W. G. Irving for Respondent.

THE COURT.—■ The appeal in this case involves the same questions presented in the case of *Gin S. Chow* v. *City of Santa Barbara,* (L. A. No. 12834) *ante,* p. 673 [22 Pac. (2d) 5], this day decided, and by stipulation was submitted on the same briefs filed in that case. On the authority of that case the judgment herein is affirmed.

Preston, J., dissented.

Rehearing denied.

Preston, J., dissented.